## United States District Court
### Northern District of Ohio

Geri M. Smith
Clerk of Court

Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

**FILED**
2008 JUN 20 P 2:00
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

**FILED**
08 JUN 24 AM 11:54
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

DATE: June 19, 2008

ADDRESS: Cuyahoga County Court of Common Pleas
Clerk of Courts
Civil Division
Justice Center
1st Floor
1200 Ontario Street
Cleveland, Ohio 44114

SUBJECT: Remand to Cuyahoga County Court of Common Pleas

USDC Case No.: 1:06cv2632

CCCP Case No.: CV 06 602376

CASE NAME: Willie Brown v. Jackson Hewitt, Inc.

Dear Clerk:

On February 27, 2007, the Honorable Patricia A. Gaughan, United States District Judge, entered an Order remanding the above-mentioned case to your Court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Geri M. Smith, Clerk

By: _Barbara L Ben_
Deputy Clerk

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400